# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2019

159114

*In re* R. J. FISCHER, Minor.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159114
COA: 344042
Wayne CC Family Division:
14-517588-NA

_____/

On order of the Court, the application for leave to appeal the January 15, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2019



Clerk

p0312